UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CIVIL ACTION NO. 05-CV-034-KKC

PRINCE A. FADAYIRO                                                                           PETITIONER

VS:                                                    **JUDGMENT**

JOHN ASHCROFT                                                                                RESPONDENT

\* \* \* \* \* \* \* \* \* \* \*

In accordance with the Order entered contemporaneously with this Judgment, the Court hereby **ORDERS AND ADJUDGES**:

    (1)    Judgment **IS ENTERED** in favor of John Ashcroft;

    (2)    this matter **IS DISMISSED WITHOUT PREJUDICE**;

    (3)    this Judgment **IS FINAL** and **APPEALABLE**, and no just cause for delay exists;

    (4)    the Court **CERTIFIES** that any appeal would not be taken in good faith; and

    (5)    this matter **IS STRICKEN** from the active docket.

This the 8th day of June, 2005.



**Signed By:**

_Karen K. Caldwell_ KKC

**United States District Judge**